| | |
|---|---|
| REQUESTOR'S NAME: | Wells Fargo Bank, N.A. |
| CORRESPONDENCE ADDRESS: | Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-8650 |
| TELEPHONE NO.: | 888-715-4315 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br>JOSHUA SCHAINBAUM<br>YOCHEVED E SCHAINBAUM | Case No.: 15-11089<br>Chapter: 13<br>PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |
|---|---|

Court's Claim Number: 6

Proof of Claim Amount: $26,269.01

NEW ADDRESS:
Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 01/22/2018

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title