United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11089-elf
Joshua Schainbaum                                                   Chapter 13
Yocheved E. Schainbaum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR              Page 1 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb         +Joshua Schainbaum,   Yocheved E. Schainbaum,   7528 Dorcas Street,
                 Philadelphia, PA 19111-3322
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,   Phoenix, AZ 85038-9482
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,   1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13475682        Abington Memorial Hospital,   P.O. Box 7417,   Philadelphia, PA 19101-7417
13529298        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13475683       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13475684      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
13475689       +Chld/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13475690       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13475691       +Congregation Ahavas Torah,   1425 Rhawn Street,   Philadelphia, PA 19111-2803
13475696       +Jewish Heritage Center of Queens,   6829 Main Street,   Flushing, NY 11367-1305
13475697      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage , LLC,   PO BOX 619096,   Dallas, TX 75261-9741)
13475698       +Pete's Autoservice Center,   7832 Castor Avenue,   Philadelphia, PA 19152-3616
13475699       +Politz Hebrew Academy,   9225 Old Bustleton Avenue,   Philadelphia, PA 19115-4685
13552538       +Wells Fargo Bank,   PO BOX 51174,   Los Angeles, CA 90051-5474
13562488        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   P.O. Box 19657,   Irvine, CA 92623-9657
13501196       +Wells Fargo Bank, N.A.,   Business Direct Division,   P.O. Box 29482,   Phoenix, AZ 85038-9482
13488004        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13541671       +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
13475704       +Wf Crd Svc,   Po Box 14517,   Des Moines, IA 50306-3517
13475705       +Wfds,   Po Box 1697,   Winterville, NC 28590-1697
13522807        eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:10
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:44
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13522845        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 05:04:04
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13475686        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:03:39     Cap One,
                 Po Box 85520,   Richmond, VA 23285
13508430        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:03:37
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13475692       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 17 2020 05:01:21     Credit Coll,
                 Po Box 9136,   Needham, MA 02494-9136
13475693        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 04:59:33     Department of the Treasury,
                 Internal Revenue Service,   Andover, MA 01810-9041
13480253        E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13475694       +E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13475687        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:04:49     Chase Card,
                 Po Box 15298,   Wilmington, DE 19850
13549468        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:44
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13475700       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:17
                 Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13475701       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:44     Syncb/Country Home Pro,
                 C/O Po Box 965036,   Orlando, FL 32896-0001
13475702       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 17 2020 04:58:48
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13475703        E-mail/Text: BKRMailOps@weltman.com Apr 17 2020 05:00:22     Weltman, Weinberg & Reis Co., LPA,
                 325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 17
```

```
District/off: 0313-2            User: SaraR                 Page 2 of 2                  Date Rcvd: Apr 16, 2020
                                Form ID: 138NEW             Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13475685*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
13475695*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13489997*      +Internal Revenue Service,   P O BOX 7346,   Philadelphia PA 19101-7346
13475688*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card,   Po Box 15298,   Wilmington, DE 19850)
13557209*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                      TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Yocheved E. Schainbaum dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Joshua   Schainbaum dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joshua Schainbaum and Yocheved E. Schainbaum

       Debtor(s)                    Bankruptcy No: 15−11089−elf

                                    Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                     For The Court
                                             Timothy B. McGrath
                                              Clerk of Court

Dated: 4/16/20

                                                                   61 − 59
                                                          Form 138_new