Certificate Number: 01267-PAE-DE-034362510

Bankruptcy Case Number: 15-11089


01267-PAE-DE-034362510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2020</u>, at <u>3:31</u> o'clock <u>PM EDT</u>, <u>Yocheved E Schainbaum</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 20, 2020</u>　　　　　By:  <u>/s/Rita Ramos</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Rita Ramos</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>