United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11089-elf
Joshua Schainbaum                                                         Chapter 13
Yocheved E. Schainbaum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR              Page 1 of 2              Date Rcvd: Jun 01, 2020
                             Form ID: 3180W            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db/jdb        +Joshua Schainbaum,   Yocheved E. Schainbaum,   7528 Dorcas Street,
               Philadelphia, PA 19111-3322
13557209      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:11   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:29
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:03   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13529298      EDI: BECKLEE.COM Jun 02 2020 07:58:00   American Express Centurion Bank,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13522845      EDI: AIS.COM Jun 02 2020 07:58:00   American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
13508430      EDI: CAPITALONE.COM Jun 02 2020 07:58:00   Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
13480253      EDI: DISCOVER.COM Jun 02 2020 07:58:00   Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
13489997     +EDI: IRS.COM Jun 02 2020 07:58:00   Internal Revenue Service,   P O BOX 7346,
               Philadelphia PA 19101-7346
13549468      EDI: PRA.COM Jun 02 2020 07:58:00   Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
13475701     +EDI: RMSC.COM Jun 02 2020 07:58:00   Syncb/Country Home Pro,   C/O Po Box 965036,
               Orlando, FL 32896-0001
13552538     +EDI: WFFC.COM Jun 02 2020 07:58:00   Wells Fargo Bank,   PO BOX 51174,
               Los Angeles, CA 90051-5474
13562488      EDI: WFFC.COM Jun 02 2020 07:58:00   Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. Box 19657,   Irvine, CA 92623-9657
13488004      EDI: WFFC.COM Jun 02 2020 07:58:00   Wells Fargo Bank, N.A.,   P.O. Box 19657,
               Irvine, CA 92623-9657
13501196     +EDI: WFFC.COM Jun 02 2020 07:58:00   Wells Fargo Bank, N.A.,   Business Direct Division,
               P.O. Box 29482,   Phoenix, AZ 85038-9482
13541671     +EDI: WFFC.COM Jun 02 2020 07:58:00   Wells Fargo Card Services,   1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
13522807      EDI: ECAST.COM Jun 02 2020 07:58:00   eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                            TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2          User: SaraR              Page 2 of 2              Date Rcvd: Jun 01, 2020
                             Form ID: 3180W            Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Joint Debtor Yocheved E. Schainbaum dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Debtor Joshua  Schainbaum dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
           Josh.Goldman@padgettlawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joshua Schainbaum** | Social Security number or ITIN  **xxx–xx–0322** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Yocheved E. Schainbaum** | Social Security number or ITIN  **xxx–xx–8507** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–11089–elf** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua Schainbaum

Yocheved E. Schainbaum
aka Yocheved E. Strauss

6/1/20

**By the court:**    Eric L. Frank
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---